THE STATE OF OHIO, APPELLANT, *v.* JACKSON ET AL., APPELLEES.

[Cite as *State v. Jackson* (1994), 69 Ohio St.3d 1214.]

(No. 93–1176—Submitted May 10, 1994—Decided June 22, 1994.)

*Joseph T. Deters,* Hamilton County Prosecuting Attorney, and *William E. Breyer,* Assistant Prosecuting Attorney, for appellant.

*Judith L. Rauchman,* for appellee Nathaniel Jackson.

*Peter Rosenwald,* for appellee Ronald Webster.

*Raymond T. Faller,* for appellee Marvin Murrell.

*Thomas W. Miller* and *W. Kelly Johnson,* for appellee Tim Murrell.

---

The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT and F.E. SWEENEY, JJ., concur.

RESNICK and PFEIFER, JJ., dissent and would reverse the judgment of the court of appeals.